**ATCHLEY & DELGADO, LLP**
ATTORNEYS AT LAW

3635 East Inverness Avenue, Suite 101
Mesa, Arizona 85206
(480) 497-5009
Fax (480) 497-5029
mark@arizonabk.com

Mark R. Atchley  21419
Attorney for Debtor(s)

In re :

Crescencio Delgado

                    Debtor(s).

CHAPTER 7 Case No.  12-20983

**DEBTOR CHANGE OF ADDRESS**

Debtor's new address:

    1314 E. Christy Street
    Phoenix, AZ 85020

All notices should be sent to the new address above.

Dated this 26 of July, 2016.

                    ATCHLEY & DELGADO, LLP

                    _____/s/ mra 21419_____
                    Mark R. Atchley, Esq.
                    Counsel for Debtor(s)