Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | CHAPTER 7 |
| ) | |
| DELGADO, CRESCENCIO ) | Case No. 12-20983-PHX-PS |
| ) | |
| ) | WITHDRAWAL OF APPLICATION |
| ) | FOR ORDER OF PAYMENT OF |
| ) | UNCLAIMED FUNDS  TO U.S. |
| ) | BANKRUPTCY COURT |
| Debtor(s). ) | |

Maureen Gaughan, Trustee for the above named debtor, hereby withdraws her application for order of payment of unclaimed funds to U.S. Bankruptcy Court.


DATED: August 31, 2016            ____/s/ Maureen Gaughan _____
                                                        Maureen Gaughan, Trustee